UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-1938-JAK (AGR) | Date | March 16, 2017 |
|---|---|---|---|
| Title | John Huerta v. The State of California, et al | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendants |
| None | | None |

**Proceedings:** **In Chambers: ORDER TO SHOW CAUSE**

Part of the Court's December 5, 2016 Order Re Discovery And Motions directed each party to file a Status Report no later than March 1, 2017. (Dkt. No. 9.) As of March 15, 2017, two weeks past the deadline, only Defendant has filed a Status Report. (Dkt. No. 11.)

Accordingly, **no later than April 17, 2017, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Plaintiff's filing of a Status Report that complies with the requirements of the December 5, 2016 order on or before **April 17, 2017**, shall be deemed Plaintiff's compliance this Order to Show Cause. Failure to file a Status Report by the deadline may result in a recommendation that the action be dismissed.

Initials of Preparer   mp